UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>  -against-<br><br>AIRCALL.IO, INC.,<br><br>      Defendant. | 20-cv-9657 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    In a telephone conference convened earlier today, the parties informed the Court that they have reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated. The initial pretrial conference, currently scheduled for Monday, February 8, 2021 at 11:00 a.m., is hereby adjourned.

    SO ORDERED.

Dated:   New York, NY

          February 5, 2021                  JED S. RAKOFF, U.S.D.J.